NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN YANCEY NUNEZ, DC #335076,                )
                                              )
            Appellant,                        )
                                              )
v.                                            )        Case No.  2D18-2226
                                              )
STATE OF FLORIDA,                             )
                                              )
            Appellee.                         )
_____)

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

            Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.